COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

DOUGLAS GILSTRAP, THOMAS    §
MCCABE, AND MYRON TATARYN /
RADIANZ  LTD., AND RADIANZ    §
AMERICAS, INC..,                                                                          No. 08-08-00131-CV

   §

       Appellants/Cross-Appellants,                                    Appeal from the

   §

v.                                                                                                   68th Judicial District Court

   §

      of Dallas County, Texas

RADIANZ  LTD., AND RADIANZ    §
AMERICAS, INC. / DOUGLAS                                             (TC# 07-8507)
GILSTRAP, THOMAS MCCABE, AND    §
MYRON TATARYN,

   §

       Appellees/Cross-Appellees.


**<u>MEMORANDUM OPINION</u>**

Pending before the Court is an agreed motion to dismiss this appeal pursuant to

TEX.R.APP.P. 42.1(a)(2).  According to the motion, the parties have reached an agreement to

settle and compromise the underlying dispute, and have agreed to dismiss the appeals and cross-

appeals.  The motion complies with the requirements of Rule 42.1(a)(2).

We have considered the motion and conclude it should be granted.  We therefore

GRANT the agreed motion and dismiss the appeals.  Costs of appeal will be paid by the party

incurring the same, according to the parties' agreement.  *See* TEX.R.APP.P. 42.1(d).


January 29, 2010

               DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.